Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00717-CR

Marcus **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0557-CR
Honorable W.C. Kirkendall, Judge Presiding

PER CURIAM

Sitting:  Rebecca Simmons, Justice
     Steven C. Hilbig, Justice
     Marialyn Barnard, Justice

Delivered and Filed: December 7, 2011

DISMISSED

On October 18, 2011, we notified pro se Appellant that the trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record contains a written waiver signed by Appellant in which he entered a plea of *nolo contendere*. The trial court's judgment also shows there was a plea bargain agreement, and the punishment assessed did not exceed the punishment recommended by the

prosecutor and agreed to by the defendant. Therefore, the trial court's certification accurately reflects that the criminal case is a plea-bargain case. *See* TEX. R. APP. P. 25.2(a)(2).

In our October 18, 2011 order, we warned Appellant that "[this] appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules" within the time allowed. *See* TEX. R. APP. P. 25.2(d). We noted that this appeal would be dismissed pursuant to rule 25.2(d) unless the appellant caused an amended trial court certification to be filed in this court by November 17, 2011, that shows Appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.— San Antonio 2003, no pet.).

On October 24, 2011, pro se Appellant notified this court that he was appealing his conviction based on ineffective assistance of counsel in investigating his case and in encouraging him to accept a plea bargain. *See Luna v. State*, 985 S.W.2d 128, 130 (Tex. App.—San Antonio 1998, pet. ref'd) (dismissing an ineffective assistance of counsel issue for want of jurisdiction where appellant had not complied with the appellate rules for appealing a plea-bargain case). However, Appellant has failed to cause an amended trial court certification to be filed with this court showing that he has a right of appeal. *See* TEX. R. APP. P. 25.2(a)(2) (stating the bases for an appeal of a plea-bargain case). Accordingly, we dismiss this appeal. *See id.* R. 25.2(d).

PER CURIAM

DO NOT PUBLISH